UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAHAB KHAN,

                    Plaintiff,

-against-

COMMISSIONER OF DOCCS DANIEL F. MARTUSCELLO III,

                    Defendant.

25-cv-7095 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the October 29, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 3, 2025
            New York, New York

                                                /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                           Chief United States District Judge